**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11    ANDREE TOUSSAINT,                              No. C 10-00246 MHP

12              Plaintiff(s),                         **ORDER**
                                                      **(Ninety-Day Conditional Dismissal)**
13       v.

14    LAW OFFICES OF STEVEN A. BOOSKA,

15              Defendant(s).
                                                   /
16

17         The parties hereto, by their counsel, having advised the Court that they have agreed to a

18    settlement of this action.

19              IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,

20    however, that if any party hereto shall certify to this Court, with a proof of service of a copy on

21    opposing counsel, within 90 days from the date hereof, that the agreed consideration for the

22    settlement has not been delivered over, this Order shall stand vacated, and the action shall be

23    restored to the calendar to be set for trial.

24

25    Dated: April 27, 2010

                                              _____
26                                            MARILYN HALL PATEL
                                              United States District Court Judge
27

28